**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

CATHY PACK, as Personal Representative
of the Estate of Ronald Alexander Howard, II,
Deceased,

      Plaintiff,

vs.
                              Case No. 3:17-cv-778-J-34JBT

DR. MARTIN I. HOLZMAN, MD, et al.,

      Defendants.
_____/

**O R D E R**

**THIS CAUSE** is before the Court on Plaintiff's Voluntary Dismissal as to Defendants: Smith, Summers, Jones, Whalen, Hummel, FDOC, Cordero, Anandijiwala, Vilchez, Gonzalez, Belizaire, and Caldron, Only (Dkt. No. 189; Notice) filed on March 20, 2018. In the Notice, Plaintiff requests dismissal, without prejudice, of the claims raised against Defendants Robert E. Smith, Walt Summers, Julie L. Jones, Dr. Timothy Whalen, Erich V. Hummel, Florida Department of Corrections, Dr. Santos Ruiz-Cordero, Dr. Nalini Anandijiwala, Dr. Denis Vilchez, Dr. Marinette Gonzalez, Dr. Wichner Belizaire, and Dr. Calixto Calderon. See Notice at 2. Upon review of the docket, the Court notes that these Defendants have neither served an answer nor a motion for summary judgment, perhaps because most of them do not appear to be named in the Second Amended Complaint. See Plaintiff's Second Amended Complaint and Jury Demand (Dkt. No. 179). Accordingly, pursuant to Rule 41(a)(1)(A)(i), Federal Rules of Civil Procedure, the claims raised against these Defendants will be dismissed without prejudice.

Also before the Court is Defendants' Whalen, Cordero, Anandijiwala, Vilchez, Perez, and Belizaire, Motion to Dismiss Plaintiff's Second Amended Complaint (Dkt. No. 181; Motion) filed on March 19, 2018. In the Motion, these Defendants request dismissal from this action. See Motion at 1. As the claims raised against Defendants Dr. Timothy Whalen, Dr. Santos Ruiz-Cordero, Dr. Nalini Anandijiwala, Dr. Denis Vilchez, and Dr. Wichner Belizaire are due to be dismissed without prejudice, the Motion will be denied as moot with respect to these Defendants. Defendant Dr. E. Perez is not named in the Second Amended Complaint. However, out of an abundance of caution, the Court will grant the Motion to the extent that the claims against Defendant Dr. E Perez will be dismissed without prejudice.[1]

In light of the foregoing, it is hereby

**ORDERED:**

1. The claims raised against Defendants Robert E. Smith, Walt Summers, Julie L. Jones, Dr. Timothy Whalen, Erich V. Hummel, Florida Department of Corrections, Dr. Santos Ruiz-Cordero, Dr. Nalini Anandijiwala, Dr. Denis Vilchez, Dr. Marinette Gonzalez, Dr. Wichner Belizaire, and Dr. Calixto Calderon are **DISMISSED without prejudice**.

2. Defendants' Whalen, Cordero, Anandijiwala, Vilchez, Perez, and Belizaire, Motion to Dismiss Plaintiff's Second Amended Complaint (Dkt. No. 181) is **GRANTED, in part, and DENIED as MOOT, in part**.

    a. The Motion is **GRANTED** to the extent that Defendant Dr. E. Perez is **DISMISSED without prejudice**.

---

[1] The Court notes that the Motion requested dismissal of these Defendants with prejudice. See Motion at 2. However, Defendants cite no authority for such a dismissal at this time.

      b. Otherwise, the Motion is **DENIED as MOOT**.

3. The Clerk of the Court is directed to terminate these Defendants from the Court docket.

**DONE AND ORDERED** in Jacksonville, Florida this 22nd day of March, 2018.

                                                           MARCIA MORALES HOWARD
                                                           United States District Judge

ja

Copies to:

Counsel of Record