**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

ESTATE OF RONALD ALEXANDER
HOWARD, II, deceased, by: CATHY
PACK, Personal Representative,

    Plaintiff,

vs.                                Case No. 3:17-cv-778-J-34JBT

DR. MARTIN I. HOLZMAN, MD, et al.,

    Defendants.
_____/

## O R D E R

**THIS CAUSE** is before the Court on the Joint Stipulation for Dismissal (Dkt. No. 265; Stipulation) filed on July 28, 2020. In the Stipulation, Plaintiff requests dismissal, with prejudice, of the claims raised against Defendants Daniel Cherry, D.O., Maria Garcon, M.D., and Albert Yu, M.D. See Stipulation at 1. Accordingly, it is hereby **ORDERED:**

1. The claims raised by Plaintiff against Defendants Daniel Cherry, D.O., Maria Garcon, M.D., and Albert Yu, M.D. are **DISMISSED with prejudice**.

2. Each party shall bear their own attorney's fees and costs.

3. The Clerk of the Court is directed to terminate these Defendants from the Court docket.

**DONE AND ORDERED** in Jacksonville, Florida this 29th day of July, 2020.

*Marcia Morales Howard*
MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record